In the Matter of ROBERT E. KAMEN, Petitioner, against CLIFFORD
J. FLETCHER, as Commissioner of Motor Vehicles of the State
of New York, Respondent.

Supreme Court, Special Term, Kings County, June 1, 1950.

*Miriam H. Kamen* for petitioner.

*Nathaniel L. Goldstein, Attorney-General* (*Murray Sylvester*
of counsel), for respondent.

DI GIOVANNA, J.   Motion for review of the determination of
the Commissioner of Motor Vehicles removing the petitioner's
name from the list of those entitled to the use of license plates
bearing the letters " MD ".   The respondent did not act arbi-
trarily or capriciously in determining that a doctor of osteopathy
did not come within the regulations issued by his office permitting
the issuance of license plates bearing the letters " MD " to
doctors of medicine.   In determining that doctors of medicine
constitute a class of physicians and surgeons peculiarly known
to the lay public as those who administer to the human ills in
a well-known and universally accepted manner, it cannot be
said that the respondent erred as a matter of law in determin-
ing that all other persons who are connected with other phases
of treatment of human ills do not come within the definition
as contained in the regulations issued by his office respecting
the issuance of license plates to doctors of medicine.   While
special plates might be issued within the discretion of the com-
missioner to other classes of practitioners the failure to do so
is not an issue herein.   The special proceeding is dismissed.